Scott J. Sagaria (SBN 217981)
Elliot W. Gale (SBN 263326)
Joe Angelo (SBN 268542)
SAGARIA LAW, P.C.
2033 Gateway Pl., 5th Floor
San Jose, CA 95110
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff

**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
CHELSEA L. DIAZ (SBN 271859)
cdiaz@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: 310.557.9100
Fax: 310.557.9101

Attorneys for Defendant,
CAPITAL ONE BANK (U.S.A.), N.A.
(erroneously named as "CAPITAL ONE,
NATIONAL ASSOCIATION")

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION,<br><br>    Defendant. | Case No.: 5:16-cv-05721-LHK<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT CAPITAL ONE BANK (USA), N.A.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between plaintiff Christine Smith and defendant Capital One Bank (USA), N.A. ("Capital One"), erroneously sued as "Capital One, National Association," that Capital One be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED: April 19, 2017                **Sagaria Law, P.C.**

                        By:   */s/ Scott Johnson*
                              Scott Johnson
                              Attorney for Plaintiff
                              CHRISTINE SMITH

DATED: April 19, 2017                **Doll Amir & Eley LLP**

                        By:   */s/ Chelsea L. Diaz*
                              Chelsea L. Diaz
                              Attorney for Defendant
                              CAPITAL ONE BANK (USA), N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Chelsea L. Diaz has concurred in this filing.

*/s/ Elliot Gale*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation of the Parties, Capital One Bank (USA), N.A. is dismissed with prejudice. The Clerk shall close the case.

**IT IS SO ORDERED.**

DATED: April 21, 2017

*Lucy H. Koh*
Hon. Lucy H. Koh
UNITED STATES DISTRICT JUDGE